**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. REGINALD JORDAN WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  12-CV-391-JED-PJC |
| | ) | |
| 2. FARMERS INSURANCE COMPANY INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, and hereby stipulate that this action is dismissed with prejudice to its refiling.

Respectfully submitted,

TAYLOR, RYAN, MINTON, VAN DALSEM & WILLIAMS, P.C.

By s/Ashley M. Bibb
   ROBERT TAYLOR - OBA #8879
   NEIL D. VAN DALSEM - OBA #16326
   ASHLEY M. BIBB - OBA #17465
   1080 Boulder Towers
   1437 South Boulder Avenue
   Tulsa, Oklahoma 74119-3640
   (918) 749-5566 Telephone
   (918) 749-9531 Facsimile

SMOLEN, SMOLEN & ROYTMAN

By s/Daniel Smolen
   DANIEL SMOLEN - OBA #19943
   701 South Cincinnati Avenue
   Tulsa, Oklahoma 74119
   (918) 585-2667 Telephone
   (918) 585-2669 Facsimile